## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 06, 2013

Ms. Eileen Janette O'Connor
Pillsbury Winthrop Shaw Pittman, L.L.P.
2300 N Street, N.W.
Washington, DC 20037-1122

No. 12-20804, USA v. Finley Hilliard, et al
USDC No. 4:10-CV-2812

The following pertains to your brief electronically filed on May 29, 2013.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Brandy C. Lemelle, Deputy Clerk
504-310-7714

cc:
Mr. Stephen A. Beck
Mr. Marcus J. Brooks
Mr. Robert Don Collier
Mr. William R. Cousins III
Mr. Ivan Clay Dale
Mr. Russell Hardin Jr.
Mr. Don Jackson
Ms. Emily A. Parker
Mr. John William Porter
Mr. Eric Gordon Reis
Mr. Andrew L Sobotka
Mr. Brian J. Spiegel
Mr. Scott Patrick Stolley
Mr. Jeffrey D. Watters